**UNITED STATES of America, as Owner of Steamship NORWICH VICTORY, Libellant, v. The DUMP SCOWS NO. 116, NO. 120 AND NO. 122, Their Appurtenances, etc., and Tugs L. Y. SCHERMERHORN, JAMES N. KNIPE and ARTHUR W. HERRON, Their Engines, Boilers, etc., and The American Dredging Company.**

**AMERICAN DREDGING COMPANY, as Owner of the Dump Scows No. 116, No. 120 and No. 122, Libellant, v. UNITED STATES of America, United States Maritime Commission, and American-Hawaiian Steamship Company, Dump Scows No. 116, No. 120 and No. 122, and American Dredging Company, Appellants.**

**UNITED STATES of America, as Owner of Steamship NORWICH VICTORY v. DUMP SCOWS NO. 116, NO. 120 AND NO. 122, Their Appurtenances, etc., and the Tugs L. Y. SCHERMERHORN, JAMES N. KNIPE and ARTHUR W. HERRON, Their Engines, Boilers, etc., and The American Dredging Company.**
Tugs James N. Knipe and Arthur W. Herron, Appellants.

Nos. 9741, 9742.

United States Court of Appeals
Third Circuit.

Argued April 19, 1949.

Decided June 27, 1949.

Before BIGGS, Chief Judge, and McLAUGHLIN and O'CONNELL, Circuit Judges.

S. B. Fortenbaugh, Jr., Philadelphia, Pa. (John O. Platt, Jr., Benjamin F. Stahl, Jr.,

Clark, Brown, McCown, Fortenbaugh & Young, Philadelphia, Pa., on the brief), for appellants Dump Scows Nos. 116, 120 and 122 and others.

Joseph W. Henderson, Philadelphia, Pa. (Rawle & Henderson, Philadelphia Pa., Platow & Lyon, New York City, John A. Lyon, Edward F. Platow, New York City, on the brief), for appellants Tug James N. Knipe and another.

Max Taylor, Washington, D. C. (Gerald A. Gleeson, United States Attorney, on the brief), for appellee.

PER CURIAM.

We have given careful consideration to the questions presented by the appeals in the instant cases and have examined the authorities cited by the parties. Since the cases are in admiralty our consideration is of course de novo. Our conclusions, however, are the same as those expressed by Judge McGranery in his clear opinion, 77 F.Supp. 264, sub. nom. The Norwich Victory.

Accordingly the decree of the court below will be affirmed in all respects.